UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE FLATS 9338 LLC,<br><br>    Plaintiff,<br><br>v.<br><br>KEY BANK, NATIONAL ASSOCIATION et al.,<br><br>    Defendants. | Case No. 2:25-cv-10571-SB-AGR<br><br>FINAL JUDGMENT |

    For the reasons stated in the separate order of dismissal entered this day, Plaintiff's claims are dismissed without prejudice for improper venue.

    This is a final judgment.

Date: November 19, 2025

_____
Stanley Blumenfeld, Jr.
United States District Judge

1